UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| United States of America, | Case No.:   3:21-cr-02147-JLS |
|---|---|
| Plaintiff, | |
| v. | Order to Continue Motion Hearing and Trial Setting Hearing |
| Stefany Garcia, | |
| Defendant. | |

    Pursuant to joint motion, **IT IS HEREBY ORDERED** that Ms. Garcia's motion hearing and trial setting hearing, currently scheduled for October 29, 2021, shall be continued to December 3, 2021 at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by November 5, 2021.

    It is further ordered that time between October 29, 2021– December 3, 2021 shall be excluded under the Speedy Trial Act to avoid a miscarriage of justice, and for effective preparation, taking into account the parties' exercise of due diligence. See 18 U.S.C.§3161(h)(7)(B)(i), (iv).

    IT IS SO ORDERED.

Dated:  October 27, 2021

                                                    Janis L. Sammartino
                                                   Hon. Janis L. Sammartino
                                                   United States District Judge