UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Stefany Garcia,<br><br>    Defendant. | CASE NO.:   3:21-cr-2147-JLS<br><br>Order to Continue Motion Hearing and Trial Setting Hearing |

    Pursuant to joint motion, **IT IS HEREBY ORDERED** that Ms. Garcia's motion hearing and trial setting hearing, currently scheduled for December 3, 2021 at 1:30 p.m., be continued to January 21, 2022 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by December 10, 2021.

    It is further ordered that time between December 3, 2021 and January 21, 2022 shall be excluded under the Speedy Trial Act to avoid a miscarriage of justice, and for effective preparation, taking into account the parties' exercise of due diligence. See 18 U.S.C.§3161(h)(7)(B)(i), (iv).

    IT IS SO ORDERED.

Dated:  December 2, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge