# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Stefany Garcia,<br><br>　　　　　　Defendant. | CASE NO.:   3:21-cr-2147-JLS<br><br>Order to Continue Motion Hearing and Trial Setting Hearing |

　　　　Pursuant to joint motion, **IT IS HEREBY ORDERED** that Ms. Garcia's motion hearing and trial setting hearing, currently scheduled for January 21, 2022 at 1:30 p.m., shall be continued to March 4, 2022 at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by January 28, 2022.

　　　　It is further ordered that time between January 21, 2022 and March 4, 2022 shall be excluded under the Speedy Trial Act to avoid a miscarriage of justice, and for effective preparation, taking into account the parties' exercise of due diligence. See 18 U.S.C.§3161(h)(7)(B)(i), (iv).

　　　　IT IS SO ORDERED.

Dated:  January 19, 2022

　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　United States District Judge