UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STEFANY GARCIA,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 21CR2147-JLS<br><br>**ORDER DENYING DEFENDANT'S MOTION TO SET BAIL AND ALLOW SELF-SURRENDER**<br><br>**[ECF No. 45]** |

　　　Defendant Stefany Garcia, through counsel, moves this Court for an order allowing her to post bail and self-surrender at a later date. Defendant is currently serving a sentence imposed by this Court on July 1, 2022. The Court is aware of no authority[1], and Defendant provides none, which would allow the Court to set bail after a sentence has become final. Accordingly, Defendant's Motion to Set Bail and Allow Self-Surrender is **Denied**.

　　　IT IS SO ORDERED.

Dated: September 29, 2022

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Bail Reform Act of 1966, set forth at 18 U.S.C. § 3141, et seq., provides release and detention authority only for persons pending trial or pending sentence or appeal.

21CR2147-JLS